

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00053-CV

Thelma **FRANCO**,
Appellant

v.

Roderick J. **SANCHEZ**, as Director of Development Services for the City of San Antonio,
the City of San Antonio, Planned Parenthood South Texas, and Delantero Investors, LTD.,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00039
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

Delivered and Filed:  March 18, 2015

DISMISSED

On March 7, 2015, Appellant moved this court to dismiss this interlocutory appeal without prejudice.  Appellant's counsel certified that he conferred with Appellees and they do not oppose the motion to dismiss.

Appellant's motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).

PER CURIAM